UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * |
| | * Criminal No.14-cr-10302-IT |
| ANDRE GIVENS, | * |
| | * |
| Defendant. | * |

ORDER ON EXCLUDABLE TIME

February 6, 2015

TALWANI, D.J.

On January 14, 2015, the parties moved to exclude time from January 12, 2015, until the Defendant's first appearance before the District Court. This motion was made pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts, on the grounds that a continuance was necessary to facilitate ongoing trial preparation issues, and specifically to ensure that counsel had adequate time to confer and determine if a discovery motion was required.

On January 16, 2015, the court set an initial pretrial conference in this matter for January 27, 2015, and granted the motion for excludable delay based on the following findings: the time excluded was necessary to facilitate trial preparation and resolution of potential discovery issues, the interests of justice outweighed the best interests of the public and the defendant for a trial within seventy days of the return of an indictment, and not granting the continuance would have denied counsel for the Defendant the reasonable time necessary for effective preparation. See 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of **January 12, 2015 and January 27, 2015**.  Based upon the prior orders of the court dated November 6, 2014 [#18], and December 17, 2014 [#22], there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

IT IS SO ORDERED.

          /s/ Indira Talwani
Date: February 6, 2015          United States District Judge