UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-10302-IT |
| ) | |
| ANDRE GIVENS, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

**TALWANI, D.J.**

WHEREAS, on October 16, 2014, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Andre Givens (the "Defendant") with being a Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1) (Count One);

WHEREAS, the Indictment also contained a forfeiture allegation, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of the offense alleged in Count One of the Indictment, of all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

(a) a Glock Model 36, .45 caliber semi-automatic handgun that bore serial number PBR 725 and contained 6 rounds of .45 caliber ammunition

(together, the "Gun and Ammunition").

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in

value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant to 21 U.S.C. § 853(p), as incorporated in 28 U.S.C. § 2461(c);

WHEREAS, on May 21, 2015, after a four-day jury trial, a jury found the Defendant guilty on Count One of the Indictment;

WHEREAS, on June 11, 2015, this Court issued a Preliminary Order of Forfeiture against the Gun and Ammunition, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on June 24, 2015 and ending on July 23, 2015; and

WHEREAS, no claims of interest in the Gun and Ammunition have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Gun and Ammunition, and they are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Gun and Ammunition are hereby held in default.

4. The United States is hereby authorized to dispose of the Gun and Ammunition in accordance with applicable law.

_____
INDIRA TALWANI
United States District Judge

Dated: 10/20/15